IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AVENGER, LLC,

      Plaintiff,

v.	Case No. 1:24cv1186

CAVU COMPONENT REPAIR, LLC,

      Defendant.

## **NOTICE OF HEARING**

Please note that Defendant CAVU Component Repair, LLC ("CAVU"), by counsel, will bring on for hearing its Motion to Dismiss (Dkt. No. 1-4) ("Motion") it filed in state court prior to removal, which Motion is now a motion to dismiss for forum non conveniens, on **July 26, 2024 at 10 a.m.**  See Fed. R. Civ. P. 81(c)(2) ("After removal, repleading is unnecessary . . . .").

Please further note that Plaintiff has requested that its response to the Motion be due July 16, 2024, to which deadline CAVU is agreeable.  CAVU will file a reply at its option within six business days of receipt of any response of Plaintiff to the Motion.

You are invited to attend and participate as you may be so advised.

      Respectfully submitted,

      CAVU COMPONENT REPAIR, LLC

      /s/
      Gibson S. Wright (VSB No. 84632)
      Attorney for CAVU
      McCandlish Holton, PC
      P.O. Box 796
      Richmond, VA 23218
      Telephone: (804) 775-3100
      Facsimile: (804) 775-3800
      gwright@lawmh.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of July 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

D. Margeaux Thomas
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200
Fairfax, VA 22030
mthomas@thomaslawplc.com
*Counsel for Plaintiff*

                /s/_____
                Gibson S. Wright (VSB No. 84632)
                Attorney for CAVU
                McCandlish Holton, PC
                P.O. Box 796
                Richmond, VA 23218
                Telephone: (804) 775-3100
                Facsimile: (804) 775-3800
                gwright@lawmh.com